BRYCE B. BUCKWALTER
Nevada Bar No. 7626
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
(702) 228-6800 Phone
(702) 228-0443 Facsimile
*bbuckwalter@keatinglg.com*
Attorney for Defendant
PROGRESSIVE ADVANCED
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHELBY D. BRANDT, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>PROGRESSIVE ADVANCED INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS I-X, inclusive;<br><br>      Defendants. | EIGHTH JUDICIAL DISTRICT COURT CASE NO.: A-23-870194-C<br><br><br>PETITION FOR REMOVAL |

TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA; and

TO: ALL INTERESTED PARTIES:

Defendant, PROGRESSIVE ADVANCED INSURANCE COMPANY ("PROGRESSIVE"), by and through its attorneys, **KEATING LAW GROUP,** files this Petition for Removal of Civil Action of the above-entitled case from the Eighth Judicial District Court for the State of Nevada to the United States District Court for the District of Nevada, on the basis of diversity of citizens pursuant to 28 U.S.C.A. §1441 and §1446.

The Petition of Defendant respectfully shows:

1

1.    On May 5, 2023, Plaintiff commenced his lawsuit against Defendant in the Eighth Judicial District Court for the State of Nevada, entitled *Shelby D. Brandt vs. Progressive Advanced Insurance Company, Case No. A-23-870194-C*

2.    On or about May 16, 2023, the Affidavit of Service was filed indicating that Progressive was served through the Nevada Division of Insurance.

3.    Plaintiff SHELBY D. GRANT is a citizen of Nevada.

4.    Defendant is a Wisconsin corporation.

5.    Plaintiff, in her Complaint, is seeking compensatory damages for: (1) breach of contract; (2) breach of covenant of good faith and fair dealing – bad faith; and (4) unfair claims practices.

6.    This is a civil action over which this Court has jurisdiction and is one that may be removed to this Court by Defendant.

7.    Copies of all processes and pleadings served in the State Court action are attached as Exhibit "A" to the Petition for Removal in accordance with 28 U.S.C.A. § 1446(a).

9.    Concurrent with the filing of this Petition for Removal, Defendant is providing Notice to all parties and the Clerk of the Eighth Judicial District Court, Clark County, Nevada, pursuant to 28 U.S.C.A. §1446(d).

WHEREFORE, Defendant PROGRESSIVE gives notice that the above-entitled action, pending in the Eighth Judicial District Court for the State of Nevada, is being removed

/ / /

/ / /

/ / /

/ / /

/ / /

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

2

therefrom to this Honorable Court.

DATED this 20th day of June, 2023.

**K E A T I N G** LAW GROUP

By:  /s/ Bryce B. Buckwalter
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
(702) 228-6800 Phone
*bbuckwalter@keatinglg.com*
Attorney for Defendant
PROGRESSIVE ADVANCED INSURANCE
COMPANY

1

## CERTIFICATE OF MAILING

2

I hereby certify that on the 20th day of June, 2023, I served a true and correct copy of

3

the foregoing **PETITION FOR REMOVAL**, by first class mail, postage prepaid, addressed as

4

follows:

5

Kevin M. Hanratty, Esq.

6

HANRATTY LAW GROUP
1815 Village Center Circle, Suite 140

7

Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

8

9

/s/Stephanie Spilotro

10

An Employee of K E A T I N G LAW GROUP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

# EXHIBIT "A"

Electronically Filed
5/5/2023 8:58 AM
Steven D. Grierson
CLERK OF THE COURT

**COMP (CIV)**
**HANRATTY LAW GROUP**
Kevin M. Hanratty, Esq.
State Bar of Nevada No.: 007734
Ani Biesiada, Esq.
State Bar of Nevada No.: 014347
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
PH: (702) 821-1379
FAX: (702) 870-1846
Email: kevinh@hanrattylawgroup.com
Email: anib@hanrattylawgroup.com
*Counsel for Plaintiff Shelby D. Brandt*

CASE NO: A-23-870194-C
Department 11

### DISTRICT COURT

### CLARK COUNTY, NEVADA

SHELBY D. BRANDT, an individual,

        Plaintiff,

vs.

PROGRESSIVE ADVANCED INSURANCE
COMPANY, and DOES I-X, and ROE
CORPORATIONS I-X, inclusive,

        Defendants.

Case No.:
Dept No.:

**COMPLAINT FOR:**
1. **Breach Of Contract;**
2. **Breach Of Covenant of Good Faith and Fair Dealing (Bad Faith); and**
3. **Unfair Claims Practices.**

      Plaintiff SHELBY D. BRANDT ("Plaintiff"), by and through her counsel of record, Kevin M. Hanratty, Esq. and Ani Biesiada, Esq. of the Hanratty Law Group, hereby complains and alleges against Defendant PROGRESSIVE ADVANCED INSURANCE COMPANY, DOES I through X and ROE CORPORATIONS I through X, inclusive, as follows:

### **IDENTIFICATION OF THE PARTIES**

      1.      At all times relevant hereto, Plaintiff SHELBY D. BRANDT ("Plaintiff"), is and was a resident of the County of Clark, Nevada, and over the age of eighteen when the crash that is the subject of this action occurred.

      2.      At all times relevant hereto, Defendant PROGRESSIVE ADVANCED INSURANCE COMPANY, ("Defendant" or "Defendant PROGRESSIVE"), is and was, at all

1

times mentioned herein, a duly licensed insurance company and/or corporation doing business in the County of Clark, State of Nevada.

3.    That the true names or capacities, whether individual, corporate, associate or otherwise of Defendants DOES I - X and/or ROES CORPORATIONS I - X, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. Plaintiff is informed, believes, and alleges that Defendants, as designated herein as a DOES and/or ROES CORPORATION are any one of the following:

    a.   A party responsible in some manner for the events and happenings hereunder referred to, and in some manner proximately caused injuries and damages to the Plaintiff as herein alleged including, but not limited to, keeping, maintaining, and designing their resort in a safe and clean manner, of Defendant on May 12, 2021, when the accident set forth herein below occurred.

    b.   Parties that were the agents, servants, authorities and contractors of the Defendants, each of them acting within the course and scope of their agency, employment, or contract;

    c.   Parties that own, lease, manage, operate, secure, inspect, repair, maintain and/or are responsible for the vehicle driven by the Defendants at the time of this accident; and/or

    d.   Parties that have assumed or retained the liabilities of any of the Defendants by virtue of an agreement, trust, sale, transfer or otherwise.

4.    Plaintiff is informed, believes, and thereon alleges that Defendants, DOES I through X, are employees of Defendants who may be liable for Defendants negligence pursuant to NRS 41.130, which states:

> Except as otherwise provide in NRS 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another corporation responsible for this conduct, that person or corporation so responsible is liable to the person injured for damages.

2

5.      Plaintiff alleges that the activities described in this Complaint are performed by each named or unnamed Defendants, either individually or in concert with the others, or with the knowledge, encouragement, or direction of one or more of the other named or unnamed Defendants, and therefore those Defendants are jointly, separately liable, and vicariously liable for the injuries and causes of action further described in this Complaint.

## JURISDICTION AND VENUE

6.      Jurisdiction is proper in this court pursuant to the Nevada Constitution, Article 6, § 6, NRS 30.010, et seq., and because the acts and omissions complained of herein occurred within Clark County, Nevada. Further, the amount in controversy exceeds $15,000.

7.      Venue is proper in this Court pursuant to NRS 13.040.

## GENERAL ALLEGATIONS COMMON TO ALL CLAIMS

8.      On May 12, 2021, Plaintiff SHELBY D. BRANDT was the driver of a 2017 Mazda CX-5 Wagon, traveling Eastbound on Tropical Parkway through the intersection at Jones Boulevard and was involved in a violent rear-end crash with Kason Taylor, the driver of a Chevy Pick-Up Truck, also traveling Eastbound on Tropical Parkway through the intersection at Jones Boulevard.  While obviously not paying attention, not observing his surroundings, and traveling at a high rate of speed, the adverse driver Kason Taylor crashed into the rear of Plaintiff's vehicle with violent force resulting in significant property damages and resultant serious life altering personal injuries.

9.      As a result of the crash in question, Plaintiff SHELBY D. BRANDT suffered severe bodily injuries, including but not limited to: (1) Neck Pain, (2) Hip Pain, (3) Numbness/Tingling in Bilateral Arms; (4) Numbness/Tingling in Bilateral Legs, and (5) Lower Back Pain, and continues to suffer from severe, painful and permanent injuries to this day.

10.     Plaintiff SHELBY D. BRANDT has incurred medical damages resulting from the accident of May 12, 2021 in an amount of $33,933.59 as of the date of this complaint with future treatment to her cervical and lumbar spine which Defendant PROGRESSIVE has been aware prior to the filing of this complaint.

11.     That prior to May 12, 2021 accident, Plaintiff SHELBY D. BRANDT purchased a policy of automobile insurance from Defendant PROGRESSIVE, policy number 942430102, which included UM and UIM coverages in the amount of $25,000.00 each person/$65,000.00 each occurrence.

12.     The adverse driver's insurance company, namely AAA conceded liability for the accident and settled with the Plaintiff SHELBY D. BRANDT for its policy limits totaling $50,000.00.

13.     That on or about September 21, 2022, a written demand for coverage and damages was sent to Defendant PROGRESSIVE, which amount demanded payment of the policy of insurance with Defendant PROGRESSIVE, and informed Defendant PROGRESSIVE that AAA settled their claim with Plaintiff SHELBY D. BRANDT for the available policy limits of $50,000.00.

14.     That on October 4, 2022, Defendant PROGRESSIVE evaluated Plaintiff's UIM claim at $0.00, far below her severe ongoing injuries, medical special damages, and past and future pain and suffering and by offering substantially less than the amounts ultimately recovered in actions brought by similar claimants, when the Plaintiff made claims for amounts reasonably similar to the amounts ultimately recovered, as prohibited by NRS 686A.310(1)(f) and thereby valued Plaintiff SHELBY D. BRANDT's claim far below any amount to make Plaintiff SHELBY D. BRANDT whole.

15.     That on October 5, 2022, Defendant PROGRESSIVE reiterated its previous evaluation of Plaintiff's UIM claim at $0.00.

16.     That on or about October 11, 2022, Defendant PROGRESSIVE re-evaluated Plaintiff's UIM claim at $5,000.00.

17.     That although Plaintiff SHELBY D. BRANDT has submitted and fully cooperated with Defendant PROGRESSIVE, Defendant PROGRESSIVE has dealt with their insured Plaintiff SHELBY D. BRANDT in bad faith in an effort to deprive Plaintiff of the contractual benefits she paid for to protect her, and Defendant PROGRESSIVE continues to under value Plaintiff SHELBY D. BRANDT's UIM claim far below her medical special damages and by offering

4

substantially less than the amounts ultimately recovered in actions brought by similar claimants with medical specials of $33,933.59, when Plaintiff is making claims for amounts reasonably similar to the amounts ultimately recovered, as prohibited by NRS 686A.310(1)(f) and thereby valued Plaintiff SHELBY D. BRANDT's claim far below any amount to make Plaintiff SHELBY D. BRANDT whole.

## FIRST CLAIM FOR RELIEF
### Breach of Contract

### (Against Defendant Progressive)

18.    Plaintiff repeats and realleges the allegations above as though fully set forth herein and incorporates the same by reference.

19.    Defendant PROGRESSIVE, and each of them, failure to make a reasonable offer as demanded and/or failure to settle the claim for an amount to which a reasonable person would have believed she was entitled arising from the automobile accident of May 12, 2021, was a material breach of the insurance contract.

20.    That as a result of Defendant PROGRESSIVE and each of them, breach of contract, Plaintiff SHELBY D. BRANDT has incurred compensatory or expectation damages.

21.    That, as a result of Defendant PROGRESSIVE, and each of them, breach of contract, Plaintiff SHELBY D. BRANDT has incurred foreseeable consequential and incidental damages in excess of $15,000.00.

22.    As a direct, proximate, and foreseeable result of the negligent acts or omissions of Defendant and its employees, agents, and/or servants, Plaintiff has been required to seek medical care and incur medical expenses, both past and future, and lost wages well in excess of $15,000.00.

23.    Plaintiff has been required to retain the services of counsel to prosecute this claim and is entitled to an award of attorneys' fees and costs incurred herein.

## SECOND CLAIM FOR RELIEF
### Breach of Covenant of Good Faith and Fair Dealing (BAD FAITH)

### (Against Defendant Progressive)

24.    Plaintiff repeats and realleges the allegations above as though fully set forth herein

5

and incorporates the same by reference.

25.    That Nevada law recognizes in every contract an implied covenant of good faith and fair dealing, which is a promise that neither party will do anything which will injure the right of the other to receive the benefits of the agreement.

26.    That Defendant PROGRESSIVE, and each of them breached this covenant of good faith and fair dealing by its delays and ongoing refusal to pay Plaintiff SHELBY D. BRANDT the value of her claim in an amount of more than $5,000.00, refusal to pay the uncontested amounts of $5,000.00 previously offered and/or to make an offer to settle the claim for a reasonable amount to which a reasonable person would have believed she was entitled to arising from the automobile accident of May 12, 2021, as required under the Policy of Insurance with Defendant PROGRESSIVE ADVANCED INSURANCE COMPANY.

27.    That Defendant PROGRESSIVE, and each of them, refused to pay Plaintiff SHELBY D. BRANDT's claim and was done so in the absence of any or a reasonable basis for denying such benefits under the Policy of Insurance, and was done with Defendant's knowledge and/or reckless disregard of the lack of a reasonable basis for denying the claim.

28.    That Defendant PROGRESSIVE, and each of them, further breached the covenant of good faith and fair dealing by its violation of provision of the Unfair Claims Practices Act (NRS 686A.310 et seq.), set forth below.   Such violation/violations was/were done with Defendant, and each of them, actual and/or implied knowledge.

29.    That, as a result of Defendant PROGRESSIVE, and each of them, breach of the covenant of good faith and fair dealing, Plaintiff SHELBY D. BRANDT has incurred compensatory damages.

30.    That Defendant PROGRESSIVE, and each of them, willful, wanton, malicious, reckless, oppressive and/or fraudulent breach of the covenant of good faith and fair dealing entitles Plaintiff SHELBY D. BRANDT to punitive damages under Nevada Law.

31.    As a direct, proximate, and foreseeable result of the negligent acts or omissions of Defendant and its employees, agents, and/or servants, Plaintiff suffered severe, painful, and permanent injuries in excess of $15,000.00.

32.    As a direct, proximate, and foreseeable result of the negligent acts or omissions of Defendant and its employees, agents, and/or servants, Plaintiff has been required to seek medical care and incur medical expenses, both past and future, and lost wages well in excess of $15,000.00.

33.    Plaintiff has been required to retain the services of counsel to prosecute this claim and is entitled to an award of attorneys' fees and costs incurred herein.

### THIRD CLAIM FOR RELIEF
**Unfair Claims Practices**

**(Against Defendant Progressive)**

34.    Plaintiff repeats and realleges the allegations above as though fully set forth herein and incorporates the same by reference.

35.    That Defendant PROGRESSIVE, and each of them, failed to acknowledge and act reasonably promptly upon communications with respect to claims arising under Plaintiff SHELBY D. BRANDT's policy of insurance with Defendant PROGRESSIVE ADVANCED INSURANCE COMPANY, policy number 942430102, as prohibited by NRS 686A.310(1)(b).

36.    That Defendants PROGRESSIVE, and each of them, failed to effectuate a prompt, fair and equitable settlement of claims in which its liability had become reasonably clear, as prohibited by NRS 686A310(1)(e) along with failing to pay the undisputed amounts of $5,000.00 previously offered.

37.    That Defendants PROGRESSIVE, and each of them, failed to affirm or deny coverage of claims within a reasonable time after proof of loss requirements had been completed and submitted by the insured, as prohibited by NRS 686.310(1)(d).

38.    That Defendants PROGRESSIVE, and each of them, compelled Plaintiff, SHELBY D. BRANDT, to institute litigation to recover amounts, including but not limited to the undisputed amounts previously offered and due under Plaintiff SHELBY D. BRANDT policy of insurance with Defendant PROGRESSIVE, policy number 942430102, by offering substantially less than the amounts ultimately recovered in actions brought by similar claimants, when the Plaintiff made claims for amounts reasonably similar to the amounts ultimately recovered, as prohibited by NRS 686A.310(1)(f).

39.    That Defendant, PROGRESSIVE, and each of them, attempted to settle a claim made by Plaintiff SHELBY D. BRANDT for less than the amount to which a reasonable person would have believed he was entitled by reference to written or printed advertising material accompanying or made part of an application, as prohibited by NRS 686.310(1)(g).

40.    That Defendant PROGRESSIVE, and each of them, failed to provide a prompt reasonable explanation to Plaintiff SHELBY D. BRANDT of Defendants' basis in the insurance policy, with respect to the facts of the Plaintiff SHELBY D. BRANDT's claim and the applicable law, for the denial of Plaintiff SHELBY D. BRANDT's claim or for an offer to settle or compromise Plaintiff SHELBY D. BRANDT's claim, as prohibited by NRS 686A.310(1)(c).

41.    That, pursuant to NRS 686A.310(2), Defendant PROGRESSIVE and each of them, are liable for any damages sustained by Plaintiff SHELBY D. BRANDT as a result of its violation of the above unfair claims practices, including damages for benefits denied under the policy of insurance, consequential damages, emotional distress, and attorney's fees.  Furthermore, Plaintiff SHELBY D. BRANDT has lost numerous time from work due directly to the serious bodily injuries including the cervical and lumbar spinal injuries from the subject accident, and is entitled to punitive damages as the above violations were done with a conscious disregard for Plaintiff's rights under the policy of insurance that she paid for.

42.    As a result of Defendant's employees, agents, and/or servants negligent acts and/or omissions, Plaintiff sustained severe, painful, and permanent injuries in an amount that exceeds $15,000.00.

43.    Because Defendant is the principal of Defendant's employees, agents, and/or servants, Defendant is responsible for all of the negligent acts and/or omissions committed by Defendant's employees, agents, and/or servants, which were committed within the scope of their agency/employment, including the subject Accident described herein, which caused Plaintiff's injuries in an amount that exceeds $15,000.00.

44.    Plaintiff has been required to retain the services of counsel to prosecute this claim and is entitled to an award of attorney's fees and costs incurred herein.

///

8

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff SHELBY D. BRANDT expressly reserves the right to amend this complaint prior to or at the time of trial of this action, and prays for a judgment against Defendant PROGRESSIVE ADVANCED INSURANCE COMPANY, and each of them as follows:

1.  For general and compensatory damages in an amount in excess of $15,000.00;

2.  For special damages, including punitive damages, in excess of $15,000.00;

3.  For pre- and post-judgment interest at the highest rate allowable by law;

4.  For reasonable attorneys' fees, costs of suit incurred herein, and interest; and

5.  For such other and further relief as the Court may deem as just and proper.

DATED this ____ day of May, 2023.

Respectfully submitted by:

**HANRATTY LAW GROUP**

By: _____
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
Ani Biesiada, Esq.
Nevada Bar No. 14347
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Counsel for *Plaintiff Shelby D. Brandt*

9

Electronically Filed
5/12/2023 2:07 PM
Steven D. Grierson
CLERK OF THE COURT

1

**PSER (CIV)**
**HANRATTY LAW GROUP**

2  Kevin M. Hanratty, Esq.
State Bar of Nevada No.: 007734

3  Ani Biesiada, Esq.
State Bar of Nevada No.: 014347

4  1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134

5  PH: (702) 821-1379
FAX: (702) 870-1846

6  Email: kevinh@hanrattylawgroup.com
Email: anib@hanrattylawgroup.com

7  *Counsel for Plaintiff Shelby D. Brandt*

8

9  **DISTRICT COURT**

10  **CLARK COUNTY, NEVADA**

11

12  SHELBY D. BRANDT, an individual,        Case No.:    A-23-870194-C
Dept No.:    11

13                      Plaintiff,

14  vs.

15  PROGRESSIVE ADVANCED INSURANCE
COMPANY, and DOES I-X, and ROE

16  CORPORATIONS I-X, inclusive,

17                      Defendants.

18

19

20          ///

21

22

23          ///

24

25

26          ///

27

28

## **PROOF OF SERVICE**

I certify, under penalty of perjury, that on May 9, 2023 at 12:09 p.m., the Nevada Commissioner of Insurance was personally served, as statutory attorney, with a copy of the Summons and Complaint in Shelby D. Brandt v. Progressive Advanced Insurance Company, A-23-870194-C, District Court, Clark County, Nevada.   On this day, I have served a copy of the foregoing by mailing the copy thereof, by First Class mail, to the following:

> PROGRESSIVE ADVANCED INSURANCE COMPANY
> THE CORPORATION TRUST COMPANY OF NEVADA
> 701 S CARSON ST STE 200
> CARSON CITY NV  89701-5239

This 10th day of May 2023.

/s/ Betsy Gould
Employee of the State of Nevada
Nevada Division of Insurance



State of Nevada, Division of Insurance
The document on which this certificate
is stamped is a full, true and correct
copy of the original

Date: 5-10-2023 By: _____

Electronically Filed
5/16/2023 8:48 AM
Steven D. Grierson
CLERK OF THE COURT

Kevin M. Hanratty, Esq.
Nevada State Bar No. 7734
Ani Biesiada, Esq.
Nevada State Bar No. 014347
HANRATTY LAW GROUP
1815 Village Center Circle, Ste 140
Las Vegas, Nevada 89134
(702) 821-1379
Attorneys for Plaintiff

## DISTRICT COURT, CLARK COUNTY, NEVADA

| Plaintiff / Petitioner:<br>SHELBY D. BRANDT, an individual | Case No: A-23-870194-C<br>Department 11 |
|---|---|
| Defendant / Respondent:<br>PROGRESSIVE ADVANCED INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS I-X, inclusive | AFFIDAVIT/DECLARATION OF SERVICE PROGRESSIVE ADVANCED INSURANCE COMPANY |

I, Michelle Harris, R-2019-09792, being duly sworn, or under penalty of perjury, state that at all times relevant, I was over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents.

That on Tue, May 09 2023 at 12:07 PM, at the address of 1818 COLLEGE PKWY, within CARSON CITY, NV, the undersigned duly served the following document(s): SUMMONS; COMPLAINT, DOI LETTER; $30.00 WITNESS FEE in the above entitled action upon PROGRESSIVE ADVANCED INSURANCE COMPANY, by then and there, personally delivering 1 true and correct copy(ies) of the above documents to NEVADA DIVISION OF INSURANCE, STATUTORY AGENT by leaving with KRISTINE LUDGE.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. No Notary is Required per NRS 53.045.

Date:    05/10/2023

Michelle Harris, R-2019-09792

ACE Executive Services, LLC (NV #2021C)
8275 S EASTERN AVE STE 200
LAS VEGAS, NV 89123
702-919-7223
Job: 8827099 (BRANDT v. PROGRESSIVE)